Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-456-067**

**Effective Date of Registration:**
July 28, 2025
**Registration Decision Date:**
August 05, 2025

## Title

  **Title of Work:** The Making of a Great Martini

## Completion/Publication

  **Year of Completion:** 1990
  **Date of 1st Publication:** January 13, 1991
  **Nation of 1st Publication:** France

## Author

  • **Author:** The Buffet Family Trust
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

  **Copyright Claimant:** The Buffet Family Trust
  PO Box 72, North Bennington, VT. 5257, United States

## Rights and Permissions

  **Name:** Lydia Carriere
  **Address:** PO Box 72
  North Bennington, VT 5257 United States

## Certification

  **Name:** David Denholm
  **Date:** July 28, 2025
  **Applicant's Tracking Number:** TB2025072801

