**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE BUFFET FAMILY TRUST, | Case No.: 1:25-cv-12894 |
| Plaintiff, | Judge Mary M. Rowland |
| v. | Magistrate Judge Keri L. Holleb Hotaling |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiff, The Buffet Family Trust ("Plaintiff"), respectfully moves the Court, pursuant to the Parties' settlement agreement, for entry of the proposed Consent Judgment against Defendant Nos. 31 Beautiful poster painting et al.[1] (collectively, the "Defendants"), attached hereto as **Exhibit A**. In support, Plaintiff states as follows:

The Parties executed a settlement agreement resolving all claims in this action. Under that agreement, Defendants agreed to pay Plaintiff three thousand seven hundred fifty dollars ($3,750) (the "Settlement Amount") and to remit the Settlement Amount by July 18, 2026. Defendants did not provide notice that additional time was needed and did not request an extension of that deadline.

Defendants did not remit the Settlement Amount by the July 18, 2026, deadline, and the Settlement Amount remains entirely unpaid. Under the settlement agreement, that failure entitles Plaintiff to file this motion for entry of the proposed Consent Judgment. Consistent with the Parties' agreement, and with Defendants' consent, Plaintiff moves for entry of the proposed

---

[1] "Defendants" include Defendant Nos. 31 Beautiful poster painting, 33 Wonderful unique poster, 38 cartoon posters local, 40 Alina Home Decor, and 46 Eagle Family Poster.

Consent Judgment attached hereto as Exhibit A, which awards the Settlement Amount, enters the agreed permanent injunction, and preserves Plaintiff's right to reasonable attorneys' fees and costs incurred in entering and enforcing the judgment. Defendants consented to the entry of the proposed Consent Judgment when they executed the settlement agreement.

Accordingly, Plaintiff respectfully requests that the Court enter the proposed Consent Judgment attached hereto as Exhibit A against Defendants.

DATED: July 20, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 20, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt