## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

The Buffet Family Trust, et al.

                                                    Plaintiff,

v.

                                                  Case No.:
1:25−cv−12894

Honorable Mary M. Rowland

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 23, 2026:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the status report [47]. Plaintiff's motion to approve consent judgment [48] is granted. Case remains closed. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.